SVP Med Supply, Inc. v GEICO (2022 NY Slip Op 50927(U))

[*1]

SVP Med Supply, Inc. v GEICO

2022 NY Slip Op 50927(U) [76 Misc 3d 134(A)]

Decided on September 23, 2022

Appellate Term, Second Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on September 23, 2022
SUPREME COURT, APPELLATE TERM, SECOND
DEPARTMENT, 2d, 11th and 13th JUDICIAL DISTRICTS
PRESENT: : THOMAS P. ALIOTTA, P.J., MICHELLE WESTON, CHEREÉ A.
BUGGS, JJ

2020-93 K C

SVP Med Supply, Inc., as Assignee of
Crystal Brown, Appellant, 
against
GEICO, Respondent. 

The Rybak Firm, PLLC (Damin J. Toell and Richard Rozhik of counsel), for appellant.
Rivkin Radler, LLP (Stuart M. Bodoff and Cheryl F. Korman of counsel), for respondent.

Appeal from an order of the Civil Court of the City of New York, Kings County (Rosemarie
Montalbano, J.), entered September 18, 2019. The order granted defendant's motion for summary
judgment dismissing the complaint.

ORDERED that the order is affirmed, with $25 costs.
In this action by a provider to recover assigned first-party no-fault benefits, plaintiff appeals
from an order granting defendant's motion for summary judgment dismissing the complaint on
the ground that plaintiff failed to appear for duly scheduled examinations under oath
(EUOs).
Contrary to plaintiff's sole argument on appeal, the proof submitted by defendant was
sufficient to establish plaintiff's failure to appear for the EUOs (see Stephen Fogel Psychological, P.C. v.
Progressive Cas. Ins. Co., 35 AD3d 720 [2006]; Parisien v Ameriprise Auto & Home, 75 Misc 3d 138[A],
2022 NY Slip Op 50581[U] [App Term, 2d Dept, 2d, 11th & 13th Jud Dists 2022]; Sanford Chiropractic, P.C. v State Farm
Mut. Auto. Ins. Co., 75 Misc 3d 138[A], 2022 NY Slip Op 50576[U] [App Term, 2d
Dept, 2d, 11th & 13th Jud Dists 2022]; Gentlecare Ambulatory Anesthesia Servs. v Geico Ins. Co., 57 Misc 3d
150[A], 2017 NY Slip Op 51518[U] [App Term, 2d Dept, 2d, 11th & 13th Jud Dists
2017]). 
Accordingly, the order is affirmed.
ALIOTTA, P.J., WESTON and BUGGS, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: September 23, 2022